UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DARREN JAY DENNISON,

    Plaintiff,

v.

Lieutenant LANE, et al.,

    Defendants.

No. C 07-0778 PJH (PR)

**ORDER FOR RESPONSE BY DEFENDANTS**

This is a civil rights cased filed pro se by a state prisoner. After the motion for summary judgment in this case was fully submitted, the Ninth Circuit held that notices to inmates regarding motion for summary judgment must be given at the time the motion is made, rather than at the outset of the case, as the court did here. *Woods v. Carey*, 684 F.3d 934, 940-41 (2012). The court therefore gave the required *Woods* notice and set a schedule for the parties to file supplemental materials. They were warned that extensions of time would be granted "only in the most compelling circumstances."

Plaintiff requests a ninety day extension, contending that his grounds are compelling. He says that he is in the psychiatric program at Salinas Valley State Prison and that the program does not allow him to have access to his legal papers, nor to a law library.

It would assist the court to have a response from defendants addressing the accuracy of plaintiff's allegations. Defendants therefore shall file a response to plaintiff's motion by October 12, 2012.

**IT IS SO ORDERED.**

Dated: September 25, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\DENNISON778.EXT-P6.wpd