UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DARREN JAY DENNISON,             No. 4:07-cv-00778 PJH (NJV)

      Plaintiff,

   v.                                        CERTIFICATE OF SERVICE

LANE, et al.,

      Defendants.
_____/

I, the undersigned, hereby certify that on April 18, 2013, I SERVED a true and correct copy of document no. 108, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Darren Jay Dennison
AA7536
Salinas Valley State Prison
Salinas Valley Psychiatric Program
P.O. Box 1050
D1-A104
Soledad, CA 93960-1060

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas