UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DARREN JAY DENNISON, | No. 4:07-CV-0778 PJH (NJV) |
| Plaintiff, | ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| LANE, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for May 22, 2013. The court previously incorrectly stated that Plaintiff is represented by counsel in this case. Plaintiff is instead proceeding *pro se*. Plaintiff shall appear at the settlement conference telephonically. The court will provide Plaintiff's institution with the telephone number for Plaintiff to use to attend the settlement conference. Defense Counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than three weeks prior to the settlement conference.

IT IS SO ORDERED.

Dated: April 18, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3    UNITED STATES DISTRICT COURT
4    NORTHERN DISTRICT OF CALIFORNIA
5    EUREKA DIVISION
6
7
8  DARREN JAY DENNISON,                        No. 4:07-CV-00778 PJH (NJV)
              Plaintiff,
9
         v.                                    CERTIFICATE OF SERVICE
10
   LANE, et al.,
11
              Defendants.
12  _____/
13
14       I, the undersigned, hereby certify that on April 18, 2013, I SERVED a true and correct copy of
15  the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,
16  by depositing said envelope in the U.S. Mail.
17
18  Darren Jay Dennison
    AA7536
19  Salinas Valley State Prison
    Salinas Valley Psychiatric Program
20  P.O. Box 1050
    D1-A104
21  Soledad, CA 93960-1060
22
    Litigation Coordinator Enedelia Donnelly
23  Salinas Valley State Prison
    P.O. Box 1020
24  Soledad, CA 93960-1020
25  (by fax also)
26
27                                             /s/ Linn Van Meter
                                               _____
28                                             Linn Van Meter
                                               Administrative Law Clerk to
                                               the Honorable Nandor J. Vadas

2