UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DARREN JAY DENNISON, | No. 4:07-CV-0778 PJH  (NJV) |
| Plaintiff, | ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| LANE, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for May 22, 2013. The court previously incorrectly stated that Plaintiff is represented by counsel in this case. Plaintiff is instead proceeding *pro se*. Plaintiff shall appear at the settlement conference telephonically. The court will provide Plaintiff's institution with the telephone number for Plaintiff to use to attend the settlement conference. Defense Counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than three weeks prior to the settlement conference.

IT IS SO ORDERED.

Dated: April 18, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DARREN JAY DENNISON, | No. 4:07-CV-00778 PJH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LANE, et al., | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that on April 18, 2013, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Darren Jay Dennison
AA7536
Salinas Valley State Prison
Salinas Valley Psychiatric Program
P.O. Box 1050
D1-A104
Soledad, CA 93960-1060

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2