United States District Court
For the Northern District of California

1

2

3                        UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5                              OAKLAND DIVISION

6

7  DARREN JAY DENNISON,

8              Plaintiff,                    No. C 07-0778 PJH (PR)

9      v.                                    **ORDER GRANTING
                                             PLAINTIFF'S REQUEST FOR**
10 Lieutenant LANE, et al.,                  **AN ADR HANDBOOK**

11             Defendants.

12  _____/

13        This is a civil rights case brought pro se by a state prisoner.  A settlement

14 conference has been scheduled with Magistrate Judge Nandor Vadas pursuant to the Pro

15 Se Prisoner Mediation Program.  Plaintiff has requested a copy of the court's ADR

16 handbook which will be granted.  Plaintiff has also requested to know where to send

17 motions.  Plaintiff is informed that no motions are necessary for the settlement conference.

18        The Clerk of the Court shall send plaintiff a copy of the handbook for Dispute

19 Resolution Procedures in the Northern District of California.

20        **IT IS SO ORDERED.**

21 Dated:  April 19, 2013.                   _____
                                             PHYLLIS J. HAMILTON
22                                           United States District Judge

23
   G:\PRO-SE\PJH\CR.07\Dennison0778.ord.wpd
24

25

26

27

28