UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DARREN JAY DENNISON,

        Plaintiff,

   v.

Lieutenant LANE, et al.,

        Defendants.

                                     /

No. C 07-0778 PJH (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN ADR HANDBOOK**

This is a civil rights case brought pro se by a state prisoner. A settlement conference has been scheduled with Magistrate Judge Nandor Vadas pursuant to the Pro Se Prisoner Mediation Program. Plaintiff has requested a copy of the court's ADR handbook which will be granted. Plaintiff has also requested to know where to send motions. Plaintiff is informed that no motions are necessary for the settlement conference.

The Clerk of the Court shall send plaintiff a copy of the handbook for Dispute Resolution Procedures in the Northern District of California.

**IT IS SO ORDERED.**

Dated: April 19, 2013.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.07\Dennison0778.ord.wpd