UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DARREN JAY DENNISON,

        Plaintiff,

    v.

LANE, et al.,

        Defendants.

_____/

No.  4:07-cv-00778 PJH (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 2, 2013, I SERVED a true and correct copy of documents nos. 108 and 111, by placing said copies in a postage paid envelope addressed to the persons listed below, by depositing said envelope in the U.S. Mail.

Darren Jay Dennison
AA7536
Mule Creek State Prison
P.O. Box 409099, B6-122
4001 Highway 104
Ione, CA 95640

Litigation Coordinator Sherry West
Mule Creek State Prison
PO Box 409099
Ione, CA  95640
(by fax also)

/s/  Linn Van Meter

_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas