UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DARREN JAY DENNISON, | No. 4:07-CV-0778 PJH (NJV) |
| Plaintiff, | ORDER CHANGING TIME OF SETTLEMENT CONFERENCE |
| v. | |
| LANE, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for May 22, 2013, at 3:00 pm. That settlement conference is HEREBY RESET for 2:00 pm on the same date. All other details remain unchanged.

IT IS SO ORDERED.

Dated: May 17, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DARREN JAY DENNISON, | No. 4:07-CV-00778 PJH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LANE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 17, 2013, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Darren Jay Dennison
AA7536
Mule Creek State Prison
P.O. Box 409099, B6-122
4001 Highway 104
Ione, CA 95640

Litigation Coordinator
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

(by fax also)

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2