1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    DARREN JAY DENNISON,                    Case No.  07-cv-00778-PJH   (NJV)
8              Plaintiff,
9         v.                                 **REPORT OF PRO SE PRISONER**
                                             **EARLY SETTLEMENT PROCEEDING**
10   SANTA CLARA DEPARTMENT OF
     CORRECTION, et al.,
11             Defendants.
12
13        A settlement conference was held on May 22, 2013in San Francisco, and the results of that
14   proceeding are indicated below:
15        (1)  The following individuals, parties, and/or representatives participated in the
16             proceeding, and each possessed the requisite settlement authority:
17             (X )  Plaintiff  Pro Se by telephone
18             ( )  Warden or warden's representative
19             ( )  Office of the California Attorney General
20             (X )  Other: Julia Hill and Jon Heaberlin with authorized representative Rodger Hayton
21        (2) The following individuals, parties, and/or representatives did not appear:
22   _____
23        (3)  The outcome of the proceeding was:
24             (X )  The case has been completely settled.  A status conference regarding status of
25   settlement documents is scheduled for June 18, 2013 at 1:00 pm.  The parties will appear by
26   phone, and defense counsel will arrange for Plaintiff's telephonic appearance.  Counsel should
27   contact Judge Vadas' courtroom deputy for telephonic appearance instructions.
28             ( )  The case has been partially resolved and counsel for defendants shall file a joint

United States District Court
Northern District of California

stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/28/13

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

2