UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JAY DENNISON,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA DEPARTMENT OF CORRECTION, et al.,<br><br>    Defendants. | Case No. 07-cv-00778-PJH   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 22, 2013 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff Pro Se by telephone

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Julia Hill and Jon Heaberlin with authorized representative Rodger Hayton

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled. A status conference regarding status of settlement documents is scheduled for June 18, 2013 at 1:00 pm. The parties will appear by phone, and defense counsel will arrange for Plaintiff's telephonic appearance. Counsel should contact Judge Vadas' courtroom deputy for telephonic appearance instructions.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint

stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/28/13

_____
NANDOR J. VADAS
United States Magistrate Judge