1 RICHARD E. NOSKY, JR., SBN 130726
City Attorney
2 JULIA HILL, SBN 178672
Asst. City Attorney
3 **City of Santa Clara**
1500 Warburton Ave.
4 Santa Clara, California 95050
Telephone: (408) 615-2230
5 Facsimile: (408) 249-7846

6 Michael C. Serverian, SBN 133203
Jon Heaberlin, SBN 199810
7 **RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
8 96 N. Third Street, Ste. 500
San Jose, CA 95112
9 Telephone: (408) 293-0463
10 Facsimile: (408) 293-9514

11 Attorneys for Defendants
SANTA CLARA POLICE OFFICERS
12 STEVE BURESS, MIKE HORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN JAY DENNSION, | Case No: C 07-0778 PJH (NJV) |
| Plaintiff, | [PROPOSED] STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]; ORDER |
| vs. | |
| LANE, et al., | |

IT IS HEREBY STIPULATED by and between Plaintiff DARREN JAY DENNISON and Defendants STEVE BURESS and MIKE HORN, through their designated counsel, that the above-captioned action be and hereby is dismissed against all named defendants *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1). By this Stipulated Dismissal, the

*Darren Jay Dennison v. Lane, et al.,*
Case No. CV 07-0778 PJH (NJV)          STIPULATED DISMISSAL WITH PREJUDICE

- 1 -

1 aforementioned parties agree that each shall bear their own attorneys' fees and costs of suit to
2 date.
3
4 DATED: 8-29, 2013
5 /s/ Darren J. Dennison
DARREN JAY DENNISON
6 Plaintiff in Pro Se
7
8 DATED: 8/23, 2013
9 CITY OF SANTA CLARA
10
11 By: /s/ Julia Hill
JULIA HILL, Assistant City Attorney
12 Attorneys for Defendants STEVE BURESS and
MIKE HORN
13
14
15 **ORDER**
16 SO ORDERED.
17
18 DATED: 9/13/13
19
PHYLLIS J. HAMILTON
20 United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

21
22 I:\LITIGATION\OPEN FILES\Dennison v. Lane\Stip dismissal.doc
23
24
25
26
27
28

| Darren Jay Dennison v. Lane, et al., Case No. CV 07-0778 PJH (NJV) | STIPULATED DISMISSAL WITH PREJUDICE |

- 2 -