1 RICHARD E. NOSKY, JR., SBN 130726
City Attorney
2 JULIA HILL, SBN 178672
Asst. City Attorney
3 **City of Santa Clara**
1500 Warburton Ave.
4 Santa Clara, California 95050
Telephone: (408) 615-2230
5 Facsimile: (408) 249-7846

6 Michael C. Serverian, SBN 133203
Jon Heaberlin, SBN 199810
7 **RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
8 96 N. Third Street, Ste. 500
San Jose, CA 95112
9 Telephone: (408) 293-0463
10 Facsimile: (408) 293-9514

11
Attorneys for Defendants
12 SANTA CLARA POLICE OFFICERS
STEVE BURESS, MIKE HORN
13

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16

17 DARREN JAY DENNSION,   )   Case No: C 07-0778 PJH (NJV)
18                       )
          Plaintiff,     )   [PROPOSED] STIPULATED
19                       )   DISMISSAL WITH PREJUDICE
     vs.                 )   [FRCP 41(a)(1)]; ORDER
20 LANE, et al.,         )
21                       )
22                       )
23

24
IT IS HEREBY STIPULATED by and between Plaintiff DARREN JAY DENNISON
25
and Defendants STEVE BURESS and MIKE HORN, through their designated counsel, that the
26
above-captioned action be and hereby is dismissed against all named defendants *with prejudice*
27
pursuant to Federal Rule of Civil Procedure 41(a)(1). By this Stipulated Dismissal, the
28

| *Darren Jay Dennison v. Lane, et al.,*<br>Case No. CV 07-0778 PJH (NJV) | STIPULATED DISMISSAL WITH PREJUDICE |
|---|---|

- 1 -

1  aforementioned parties agree that each shall bear their own attorneys' fees and costs of suit to
2  date.
3
4  DATED: 8-29, 2013
5
                                    /s/ Darren J. Dennison
6                                   DARREN JAY DENNISON
                                    Plaintiff in Pro Se
7
8  DATED: 8/23, 2013
9                                   CITY OF SANTA CLARA
10
11                                  By: /s/ Julia Hill
                                    JULIA HILL, Assistant City Attorney
12                                  Attorneys for Defendants STEVE BURESS and
                                    MIKE HORN
13
14
15                                  **ORDER**
16  SO ORDERED.
17
18  DATED: 9/13/13
19
                                    /s/ Phyllis J. Hamilton
20                                  PHYLLIS J. HAMILTON
                                    United States District Judge
21
                                    IT IS SO ORDERED
22  I:\LITIGATION\OPEN FILES\Dennison v. Lane\Stip dismissal.doc
                                    Judge Phyllis J. Hamilton
23
24
25
26
27
28

*Darren Jay Dennison v. Lane, et al.,*
Case No. CV 07-0778 PJH (NJV) | STIPULATED DISMISSAL WITH PREJUDICE

- 2 -